IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| ) | 8:10CR356 |
| vs.   ) | |
| ) | ORDER |
| DEONTRAE HULETT,   ) | |
| Defendant.   ) | |

Defendant Deontrae Hulett (Hulett) appeared before the court on April 25, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 45). Hulett was represented by First Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, Hulett waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Hulett should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Hulett declined to present any evidence or request a hearing on the issue of detention. Since it is Hulett's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Hulett has failed to carry his burden and that Hulett should be detained pending a dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on May 23, 2013**. Defendant must be present in person.

2. Defendant Deontrae Hulett is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 25th day of April, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge